JS-6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS
   California Bar No. 101281
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569
9       Facsimile: (213) 894-7177
        E-mail: Victor.Rodgers@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                  UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                        WESTERN DIVISION

15 UNITED STATES OF AMERICA,  )  Case No. CV 13-01500-MWF(DTBx)
                              )
16          Plaintiff,        )  JUDGMENT
                              )
17             v.             )
                              )
18 $85,947.00 IN U.S.         )
   CURRENCY,                  )
19                            )
            Defendant.        )
20 _____)
                              )
21 DAMIAN WASHINGTON FORBES   )
   and JORGE LUIS MORALES,    )
22                            )
            Claimants.        )
23                            )
   _____)
24

25     Pursuant to the Court's Order granting the motion to strike

26 claims and answer of claimants Damian Washington Forbes and

27 Jorge Luis Morales and enter default judgment filed by Plaintiff

28

United States of America ("Plaintiff"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall have judgment against the defendant $85,947.00 in U.S. Currency. The defendant shall be condemned and forfeited to the United States of America, which shall dispose of the defendant in the manner provided by law.

2. The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

3. Plaintiff and claimants Damian Washington Forbes and Jorge Luis Morales shall bear their own attorneys' fees and costs.

Dated: March 3, 2014

_____
THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA